IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-11-00055-CV

 

Citizens Enterprises, Inc., and 

Mohammad Siddique,

                                                                                    Appellants

 v.

 

Heaven Sent Pizza, LP,

                                                                                    Appellee

 

 



From the 66th District
Court

Hill County, Texas

Trial Court No. 48264

 



MEMORANDUM  Opinion










 

            The parties in this appeal
have filed a joint motion to dismiss the appeal, pursuant to Rule 42.1 of the
Texas Rules of Appellate Procedure, after making a complete settlement of all
claims in the underlying case.

            Accordingly, this appeal is
dismissed.  Tex. R. App. P.
42.1(a).

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

 

Before
Chief Justice Gray,

            Justice
Davis, and

            Justice
Scoggins

Appeal
dismissed

Opinion
delivered and filed June 22, 2011

[CV06]







 No. 02-05-00367-CR, 2005 Tex. App. LEXIS 9211, at *2 (Tex. App.—Fort Worth Nov. 3, 2005, no pet.) (mem. op.); see also Olivo v. State, 918
S.W.2d 519, 522 (Tex. Crim. App. 1996) (interpreting former Rule of Appellate
Procedure 41(b)(2)).

            Dunigan also cites Rule 44.3
and asks the Court to maintain the appeal on the docket because he has a
meritorious ground for appeal and because counsel inadvertently miscalculated
the deadline for the notice of appeal.  Rule 44.3 provides, “A court of appeals must not
affirm or reverse a judgment or dismiss an appeal for formal defects or
irregularities in appellate procedure without allowing a reasonable time to
correct or amend the defects or irregularities.”  Id. 44.3.  However,
Rule 44.3 may not be used to enlarge the deadline for perfecting an appeal in a
criminal case.  See Olivo, 918 S.W.2d at 523 (interpreting former Rule
of Appellate Procedure 83).

Both Dunigan’s notice of
appeal and his motion for an extension of time to file the notice of appeal are
untimely.  Accordingly, the appeal is dismissed for want of jurisdiction.  See
Olivo, 918 S.W.2d at 522-23; Thompson, 2005 Tex. App. LEXIS 9211, at
*2-3.

 

FELIPE REYNA

Justice

Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed March 25, 2009

Publish

[CR25]









[1]
              The trial court
imposed sentence on September 11, 2008.  Dunigan filed his notice of appeal on
December 18, 2008.